442 A.2d 342

Commonwealth v. Plowman, Appellant.

Petition for Allowance of Appeal Denied May 3, 1982.

Argued April 15, 1981. Joseph C. Barnhart, for appellant; William G. Martin, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.

Judgment of sentence dated June 24, 1980 is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.

442 A.2d 343

Commonwealth v. Schepnner, Appellant.

Submitted November 14, 1980. Gregory C. Schepnner, appellant, in propria persona; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence dated October 11, 1979 is affirmed.